*Wednesday, November 9, 1994*
## MOTION DOCKET

**89–722.** State v. Spirko. *Van Wert County,* No. 15–84–22. On application for stay of execution. Application denied.

*Monday, November 14, 1994*
## MISCELLANEOUS DISMISSALS

**94–1595.** State v. Perotti. *Scioto County,* No. 93CA2166. This cause is pending before the court as an appeal from the Court of Appeals for Scioto County. Appellant's brief or notice of adoption of memorandum in support of jurisdiction as merit brief was due October 3, 1994. It appears from the records of this court that appellant has not filed a merit brief or notice of adoption in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective November 10, 1994.

**94–2089.** Wells v. State Farm Mut. Auto. Ins. Co. *Franklin County,* No. 94APE01–115. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 9, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–2227.** State ex rel. Russell v. Koubeck. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 10, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.